Opinion filed July 29, 2010



# In The

# Eleventh Court of Appeals

_____

## No. 11-10-00137-CR
_____

## WILLIAM ROBERT HALE, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR36776**

## M E M O R A N D U M   O P I N I O N

William Robert Hale pleaded guilty to the offenses of intoxication manslaughter as alleged in Count One of the indictment and aggravated assault as alleged in Count Three of the indictment. Appellant entered into a plea agreement for both offenses and signed a waiver of jury and agreement to stipulate. Appellant further signed a waiver of his right to appeal. The trial court accepted appellant's guilty pleas and assessed punishment in accordance with the plea agreement at seven years confinement.

The trial court certified that appellant entered into a plea bargain and has no right to appeal. Appellant did not request the trial court's permission to appeal any pretrial matters, and the trial court did not give permission for appellant to appeal. Appellant filed a notice of appeal for both offenses.

The record supports the trial court's certification that appellant does not have the right to appeal. Pursuant to his plea bargain agreement, appellant has no right to appeal. TEX. R. APP. P. 25.2(a). We dismiss the appeal without further action. *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

The appeal is dismissed.

PER CURIAM

July 29, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.